# United States District Court
## Violation Notice

**CVB Location Code:** CC72

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F08C000Z | Pillai | 2512 |

F08C000Z

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 11/01/2024 23:56
**Offense Charged:** FED 36 CFR 261.52F
**Place of Offense:** FSR 3N06

**Offense Description: Factual Basis for Charge**
36 CFR 261.52F - PYROTECHNIC DEVICE

HAZMAT ☐

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Singh | Yadwinder | |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐   Juvenile ☐   Sex ☐ M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE

VIN:   CMV ☐

| Tag No. | State | Year | Make/Model / | PASS ☐ | Color |
|---|---|---|---|---|---|

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

Forfeiture Amount
$ 30.00   Processing Fee

**PAY THIS AMOUNT**   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**

**Date (mm/dd/yyyy):** 01/02/2025
**Time (hh:mm):** 08:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

F08C000Z

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  11/01/2024  while exercising my duties as a law enforcement officer in the  Central  District of  CA

Pursuant to 16USC 551: I, United States Forest Service Law Enforcement Officer (LEO) A. Pillai, state that on November 1st , 2024, while exercising my duties as a uniformed law enforcement officer in the Central District of California, within the boundaries of San Bernardino National Forest contacted Yadwinder SINGH, identified by his CA driver license (CA Y5018208) and six other males who had been stopped by plain clothes San Bernardino County Fire (SBCOF) Arson Investigators for lighting fireworks off  Forest Service Road (FSR) 3N06. The Pacific Southwest Region currently has a Regional Order that prohibits the possessing, discharging, or using any kind of firework or other pyrotechnic device on NFS lands within the region (Regional Order No. 22-02). The regional order is on file at the Supervisors office, district offices and posted online on the San Bernardino National Forest webpage. Law Enforcement Officer Tyler Smith and I arrived on scene at approximately 2347 hours and met with one of the SBCOF investigators who stopped SINGH and the other males. The plain clothes Investigator told us when they came around the corner of FSR 3N06 they observed a lit aerial type firework going off with SINGH and the other males standing around. The Investigator stopped SINGH and the other males from lighting off any other fireworks and contacted LEO Smith and I along with other SBCOF investigators that where in the area. When I looked inside the cargo compartment of SINGH's white SUV, I observed the compartment contained a large variety of unlit fireworks. When we asked the group where they got the fireworks from, one of the males stated they saved the fireworks from 4th of July, and they were out to celebrate the Hindu holiday of Diwali. The male continued to say, they did not know they could not light off fireworks in the National Forest. LEO Smith explained to the group lighting fireworks off in the National Forest was not legal while another SBCOF Investigator and I looked at fireworks in the vehicle, the Investigator confirmed the fireworks in the vehicle were also aerial type fireworks. LEO Smith then asked the group who was the person responsible for lighting and launching the firework, to which SINGH said he was the one. I confirmed with SINGH his address and if he receives mail at that address to which SINGH said yes.
SINGH, Yadwinder was issued a United States District Court Violation Notice for 36 CFR (Code of Federal Regulations) 261.52 Fire. When provided by an order, the following are

The foregoing statement is based upon:

OTHER

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  11/01/2024
Date (mm/dd/yyyy)         Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
Date (mm/dd/yyyy)         U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident